UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse  40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

**Docket Number(s):** 23-595

**Caption [use short title]**

**Motion for:** hold appeal in abeyance, and toll briefing schedule, pending a decision on motion for expanded certificate of appealability

**Set forth below precise, complete statement of relief sought:**
Petitioner seeks to hold appeal in abeyance, and toll the briefing schedule, pending a decision on a motion to expand the certificate of appealability, following a denial of his petition for a writ of habeas corpus pursuant to 28 USC 2254

Mark Richardson (Petitioner) v. Michael Capra (F

**MOVING PARTY:** Appellant/petitioner         **OPPOSING PARTY:**

☐ Plaintiff     ☐ Defendant
☑ Appellant/Petitioner     ☐ Appellee/Respondent

**MOVING ATTORNEY:** Denise Fabiano          **OPPOSING ATTORNEY:** ADA Stephen Kress
[name of attorney, with firm, address, phone number and e-mail]
The Legal Aid Society, Criminal Appeals Bureau       New York County District Attorney's Office
199 Water Street, NY, NY 10038                One Hogan Place, New York, NY, 10013
dfabiano@legal-aid.org                        kresss@dany.nyc.gov

**Court- Judge/ Agency appealed from:** Hon. Valerie E. Caproni

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☑ Yes  ☐ No (explain):

Opposing counsel's position on motion:
☑ Unopposed  ☐ Opposed  ☐ Don't Know
Does opposing counsel intend to file a response:
☐ Yes  ☐ No  ☑ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**
Has this request for relief been made below?  ☐ Yes ☐ No
Has this relief been previously sought in this court?  ☐ Yes ☐ No
Requested return date and explanation of emergency:

Is oral argument on motion requested?  ☐ Yes ☑ No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?  ☐ Yes ☑ No  If yes, enter date:

**Signature of Moving Attorney:** Denise Fa     **Date:** 06/22/23    **Service by:** ☑ CM/ECF  ☐ Other [Attach proof of service]

Form T-1080 (rev.12-13)

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT
-----------------------------------------------------------------x

| | | |
|---|---|---|
| MARK RICHARDSON, | : | |
| | | 23-595-PR |
| Petitioner, | : | |
| | | |
| -against- | : | AFFIRMATION IN |
| MICHAEL CAPRA, Commissioner, | : | SUPPORT OF |
| Sing Sing Correctional Facility, | | MOTION TO HOLD |
| | : | APPEAL IN |
| Respondent. | | ABEYANCE & TOLL |
| | : | THE BRIEFING |
| | | SCHEDULE PENDING |
| | : | DECISION ON |
| | | MOTION FOR |
| | : | EXPANDED |
| | | CERTIFICATE OF |
| | : | APPEALABILITY |

-----------------------------------------------------------------x

State of New York        )
                         ) ss.:
County of New York       )

    DENISE FABIANO, an attorney admitted to practice before this Court, hereby affirms under penalties of perjury that the following statements are true, except for those made upon information and belief, which she believes to be true:

1. I am an attorney associated with The Legal Aid Society, Criminal Appeals Bureau, and I represent petitioner-appellant, MARK RICHARDSON ("petitioner"), in this matter. I am, accordingly, familiar with the facts herein.

This affirmation is submitted in support of petitioner's motion to hold the appeal in abeyance, and toll the briefing schedule, pending a decision on petitioner's motion for an expanded certificate of appealability, appealing an order and judgment of the district court, dated March 22, 2023, denying his 28 U.S.C. § 2254 petition for a writ of habeas corpus (Hon. Valerie Caproni) (Dkt. Sheet, #32).

2. On January 23, 2023, the Magistrate's Report and Recommendation recommended that the petition for a writ of habeas corpus be granted, finding that the state courts had failed to decide petitioner's claims under <u>Missouri v Seibert</u>, 542 U.S. 600 (2004) (Dkt.Sheet #27). It did not need to reach the issue raised by petitioner as to a second claim that the same statements were also suppressible under <u>Michigan v. Mosley</u>, 423 U.S. 96 (1975).

3. On March 22, 2023, the District Court rejected the Magistrate's Report and Recommendation and denied the petition (Dkt., Sheet, #32). The District Court granted a certificate of appealability on the <u>Seibert</u> issue (Dkt. Sheet, #32), and Petitioner filed a notice of appeal to this Court (Dkt. Sheet #35).

4. Petitioner's brief is currently due in this Court on July 24, 2023.

5. On April 26, 2023, petitioner requested that the District Court expand the certificate of appealability to include the related issue under <u>Michigan v.</u>

<u>Mosley</u>, 423 U.S. 96 (1975). (Dkt. Sheet#36). The District Court denied that application without prejudice (Dkt. Sheet #37).

6. On May 26, 2023, petitioner filed a motion to expand the certificate of appealability in this Court.

7. The motion to expand the certificate of appealability is pending and, if granted, will require briefing a factually intertwined, but legally distinct second issue.

8. Respondent (Assistant District Attorney, Stephen Kress) has consented to this motion.

\* \* \*

WHEREFORE, for the reasons stated herein, petitioner respectfully requests that the appeal be held in abeyance, and the briefing schedule tolled, with petitioner's brief due 60 days after a decision on the motion to expand the certificate of appealability.

*Denise Fabiano*
_____
DENISE FABIANO (DF7595)
Attorney for Petitioner-Appellant
The Legal Aid Society
199 Water Street, 5th Floor
New York, New York 10038
(646) 634-6342
dfabiano@legal-aid.org

3