# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 5th day of July, two thousand twenty-three.

_____

Mark Richardson,

        Petitioner - Appellant,

v.

Michael Capra, Superintendent, Sing Sing Correctional Facility,

        Respondent - Appellee.

_____

**ORDER**

Docket No. 23-595

    Appellant moves the Court to hold the briefing schedule in abeyance pending the Court's decision on his motion to expand the certificate of appealability. Appellee consents to this request.

    IT IS HEREBY ORDERED that the request to hold the briefing schedule in abeyance is GRANTED.

                                                  For the Court:
                                                 Catherine O'Hagan Wolfe,
                                                 Clerk of Court